**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| GARY R. TRIPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-13-1311-D |
| ) | |
| AMERICAN FIDELITY ASSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff and, pursuant to Fed. R. Civ. P. 41, hereby stipulates to the dismissal with prejudice of Plaintiff's claims. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 14th DAY OF SEPTEMBER, 2015.**

s/ Leah M. Roper
Mark Hammons, OBA No. 3784
Leah Roper, OBA No. 32107
HAMMONS, GOWENS, HURST & ASSOC
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: mark@hammonslaw.com

## CERTIFICATE OF SERVICE

☒ I hereby certify that on the 14th day of September, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

Victor F. Albert, OBA No. 12069
Crystal A. Johnson, OBA No. 21715
Brandon Kemp, OBA No. 31611
CONNER & WINTERS, LLP
1700 One Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 272-5711
Facsimile: (405) 232-2695
Email: valbert@cwlaw.com
       Cjohnson@cwlaw.com
       BKemp@cwlaw.com

s/ Leah M. Roper